# ELECTRONIC RECORD

**544-15**
**545-15**
**546-15**

COA # 14-13-01102-CR

OFFENSE: Obstruction or Retaliation

STYLE: LeMarcus Ashontay Christmas v The State of Texas    COUNTY: Fort Bend

COA DISPOSITION: Affirmed

TRIAL COURT: 434th District Court

DATE: April 14, 2015    Publish: Yes

TC CASE #:12-DCR-059643

## IN THE COURT OF CRIMINAL APPEALS

STYLE: LeMarcus Ashontay Christmas v The State of Texas

CCA # _____

**544-15    545-15**

____APPELLANT'S____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

CCA Disposition: _____
DATE: __**546-15**_____

____REFUSED_____

JUDGE: _____

DATE: __08/26/2015_____

SIGNED: _____    PC: _____

JUDGE: _____

PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**